1

2

3

4

5                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
6                                AT SEATTLE

7

8   IN RE TWO SUBPOENAS ISSUED          C19-1025 TSZ
    BY INNOVATION SCIENCES, LLC         related to *Innovation Sciences, LLC v. HTC*
9   TO HTC AMERICA INC.                 *Corporation*, E.D. Tex. No. 4:18-cv-474 ALM

                                        MINUTE ORDER
10

11          The following Minute Order is made by direction of the Court, the Honorable

12  Thomas S. Zilly, United States District Judge:

13          (1)     The motion, docket no. 1, brought by HTC America Inc. ("HTCA"), to
    quash a subpoena for documents dated June 5, 2019, docket nos. 1-2 & 1-3, and a
14  subpoena for deposition dated June 5, 2019, docket nos. 1-4 & 1-5, is GRANTED.
    These subpoenas were issued by Innovation Sciences, LLC, formerly known as Virginia
15  Innovation Sciences, LLC ("VIS"), in connection with an action between VIS and
    HTC Corporation in the Eastern District of Texas, to which HTCA, a wholly-owned
16  subsidiary of HTC Corporation, is not a party.  VIS indicates that it "does not care"
    which entity, HTCA or HTC Corporation, produces the information sought by way of
17  the subpoenas in question.  *See* Resp. at 1-2 (docket no. 2).  The Court may limit
    otherwise permissible discovery if the materials sought are "unreasonably cumulative or
18  duplicative" or "can be obtained from some other source that is more convenient,
    less burdensome, or less expensive." Fed. R. Civ. P. 26(b)(2)(C)(i); *see* Fed. R. Civ.
19  P. 45(d)(1) & (3)(A)(iv); *see also In re Subpoena to Records Custodian for Rosse Cox*
    *Vucinovich Flaskamp PC*, 2009 WL 10676364 at *2 (W.D. Wash. June 19, 2009).
20  Because VIS seeks items that were already disclosed by HTC Corporation and/or are
    available from HTC Corporation through the ordinary course of discovery, including any
21  appropriate motion to compel, in the litigation pending before the Eastern District of
    Texas, the subpoena duces tecum and subpoena ad testificatum are QUASHED.  *See*
22  *Micro Motion, Inc. v. Kane Steel Co., Inc.*, 894 F.2d 1318, 1323, 1328 (Fed. Cir. 1990);
    *see also* Fed. R. Civ. P. 11(b) & 26(g).

23

    MINUTE ORDER - 1

1   (2)  The Clerk is directed to CLOSE this case and to send a copy of this Minute

Order to all counsel of record.

2

   Dated this 13th day of August, 2019.

3

4              William M. McCool

               Clerk

5

               s/Karen Dews

6              Deputy Clerk